

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-91,588-01

**EX PARTE NOEL GONZALEZ, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 2012-DCR-02380-D IN THE 103ᴿᴰ DISTRICT COURT
### FROM CAMERON COUNTY

*Per curiam*.

### O R D E R

Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. According to the record, the trial court held evidentiary hearings on May 24, 2021, and June 1-2, 2021, but the transcript of the hearings were not forwarded to this Court. Under Article 11.07 of the Texas Code of Criminal Procedure, a reporter is required to transcribe a hearing within fifteen days of its conclusion and then to immediately forward the transcript to the district clerk in the county of conviction. *Id*. at § 3(d). After receiving the transcript, the district clerk is required to forward it, among other things, to this Court. *Id*.; *see also* TEX. R. APP. P. 73.4(b)(4).

The record also appears incomplete. The findings of fact reference an affidavit filed by

attorney Larry Warner and a notice of appearance as habeas counsel from Larry Warner. Neither of these documents are included in the habeas record sent to this Court. Under Article 11.07 of the Texas Code of Criminal Procedure, a district clerk is required to forward to this Court, among other things, "the application, any answers filed, any motions filed, transcripts of all depositions and hearings, any affidavits, and any other matters such as official records used by the court in resolving issues of fact." *Id*. at § 3(d); *see also* TEX. R. APP. P. 73.4(b)(4).

The district clerk shall serve the reporter in Applicant's case with a copy of this order and then either forward to this Court the transcript of the evidentiary hearing or certify in writing that the reporter has not transcribed the hearing. The district clerk shall also forward any missing documents, including counsel's affidavit and notice of appearance on the habeas application. The district clerk shall comply with this order within thirty days from the date of this order.

Filed: November 28, 2022
Do not publish